UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA CARRILLO,<br>    Plaintiff,<br>    v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | No. 2:20-cv-07415-MAA<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: April 1, 2021

　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　HON. MARIA A. AUDERO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge